UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rochi Dowell Purdie**                    **Docket No. 5:17-CR-378-1H**

### Petition for Action on Supervised Release

COMES NOW Daniel J. Heimrich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rochi Dowell Purdie, who, upon an earlier plea of guilty to 18 U.S.C. § 922 (g)(1) and 18 U.S.C. § 924 (a)(2), Felon in Possession of a Firearm , was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 12, 2019, to the custody of the Bureau of Prisons for a term of 38 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Rochi Dowell Purdie was released from custody on August 20, 2020, at which time the term of supervised release commenced.

On September 16, 2020, a violation report was submitted to the court stating that the defendant could not produce a urine screen but admitted to using cocaine a few days prior. The court agreed to continue the defendant on supervision and continue substance abuse treatment.

On October 28, 2020, a violation report was submitted to the court stating that the defendant submitted a urine sample that tested positive for cocaine and marijuana on October 20, 2020. We notified the court that it was our intention to place the defendant on a curfew for 60 days monitored by radio frequency.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 20, 2020, the defendant submitted a urine sample that tested positive for cocaine and marijuana. When confronted with the results of the test, the defendant acknowledged using marijuana but denies using cocaine. In response to this positive urinalysis, we are requesting that the defendant adhere to a curfew for a period of 60 days monitored by radio frequency.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Rochi Dowell Purdie**
**Docket No. 5:17-CR-378-1H**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Daniel J. Heimrich
Daniel J. Heimrich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2531
Executed On: November 5, 2020

## ORDER OF THE COURT

Considered and ordered this __12th__ day of _____November_____, 2020, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge